1 | RICK D. ROSKELLEY, ESQ., Bar # 3192
2 | ROGER L. GRANDGENETT II, ESQ., Bar # 6323
  | MONTGOMERY Y. PAEK, ESQ., Bar # 10176
3 | KATHRYN B. BLAKEY, ESQ., Bar # 12701
  | LITTLER MENDELSON, P.C.
4 | 3960 Howard Hughes Parkway, Suite 300
  | Las Vegas, NV  89169-5937
5 | Telephone:    702.862.8800
  | Fax No.:        702.862.8811
6 | Email: rroskelley@littler.com
  | Email: rgrandgenett@littler.com
7 | Email: mpaek@littler.com
  | Email: kblakey@littler.com

Attorneys for Defendant
BRIAD RESTAURANT GROUP, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TOBY EARL, an individual; SHYHEEM SMITH, an individual; DEATRA ENARI, and individual; MICHELLE PICKTHALL, an individual; and JAMES SKADOWSKI, an individual,

Plaintiffs,

vs.

BRIAD RESTAURANT GROUP, LLC., a New Jersey limited liability company; and DOES 1 through 100, inclusive,

Defendant.

Case No. 2:16-cv-02217-JAD-CWH

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND MOTION FOR SUMMARY JUDGMENT**

**(SECOND REQUEST)**

**ORDER**

Defendant BRIAD RESTAURANT GROUP, LLC., (hereinafter referred to as "Defendant") and Plaintiffs TOBY EARL, SHYHEEM SMITH, DEATRA ENARI, MICHELLE PICKTHALL, and JAMES SKADOWSKI, (hereinafter referred to as "Plaintiffs"), by and through their respective counsel, hereby stipulate to a second extension of two (2) weeks, up to and including Monday, December 5, 2016 for Defendant to answer or otherwise respond to Plaintiffs' Complaint for Declaratory Relief (**ECF No. 1**) and an extension of time up to and including Tuesday, January 3, 2017 for Defendant to respond to Plaintiffs' Motion for Summary Judgment (**ECF No. 5**).

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This request for an extension of time is made to allow counsel for Defendant additional time to analyze the status of several pending appeals before the Nevada Supreme Court and two petitions for writ of certiorari before the United States Supreme Court (*Epic Systems Corporation v. Jacob Lewis*, No. 16-285, U.S. September 2, 2016 and *Ernst & Young LLP v. Morris*, No. 16-300, U.S. September 8, 2016) that will directly impact the issues raised in this matter.

This is the second request for an extension of time to answer or otherwise respond to the Amended Complaint and Plaintiff's Motion for Summary Judgment. This request is made in good faith and not for the purpose of delay.

Dated:  November 17, 2016

Respectfully submitted,

/s/ Bradley Schrager, Esq.
DON SPRINGMEYER, ESQ.
BRADLEY SCHRAGER, ESQ.
DANIEL HILL, ESQ.
DANIEL BRAVO, ESQ.
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

Attorneys for Plaintiffs
TOBY EARL, SHYHEEM SMITH, DEATRA ENARI, MICHELLE PICKTHALL, AND JAMES SKADOWSKI

Dated:  November 17, 2016

Respectfully submitted,

/s/ Kathryn B. Blakey, Esq.
RICK D. ROSKELLEY, ESQ.
ROGER L. GRANDGENETT II, ESQ.
MONTGOMERY Y. PAEK, ESQ.
KATHRYN B. BLAKEY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
BRIAD RESTAURANT GROUP, LLC

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 17, 2016.

Firmwide:144044335.1 058582.1024

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.